IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TASHA WADE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00749-SWW |
| | * | |
| FALCON MECHANICAL CONTRACTORS, INC.; and SHANE MARCUS, in his official and individual capacity, | * | |
| Defendants, | * | |

_____

| | | |
|---|---|---|
| FALCON MECHANICAL CONTRACTORS, INC., | * | |
| Counter-Plaintiff, | * | |
| vs. | * | |
| TASHA WADE, | * | |
| Counter-Defendant. | * | |

## JUDGMENT

Pursuant to the order that was entered in this matter on this date, it is Considered, Ordered, and Adjudged that Tasha Wade's complaint is dismissed without prejudice and that Falcon Mechanical Contractors, Inc.'s counterclaim is dismissed without prejudice.

IT IS SO ORDERED this 29th day of September 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE